**D. D. Baber, Plaintiff-Appellant, v. Rardin Grain Company, Defendant-Appellee.**

**Gen. No. 10,006.**

Third District.

May 16, 1955.

Released for publication June 1, 1955.

Harvey Gross, for plaintiff-appellant; Ryan & Austin, for defendant-appellee; Jack Austin, and Harlan Heller, of counsel. Opinion by PRESIDING JUSTICE CARROLL. Not to be published in full.